Brian & Wilson and Black, Black & Borden, for appellants; Heyl, Royster & Voelker and Eugene H. Rennick, Jr., for appellee; Clarence W. Heyl, of counsel. Opinion by JUSTICE DOVE. Not to be published in full. Opinion filed July 7, 1949; rehearing denied December 7, 1949; released for publication December 12, 1949.

## Earl Sanford, Appellant, v. C. W. Bailey, J. Wilder Smith, and Herron State Bank, Appellees.

Gen. No. 10,304.

D. T. Smiley, for appellant; Don A. Wicks and Charles P. Barnes, for appellees. Opinion by JUSTICE BRISTOW. Not to be published in full. Opinion filed September 29, 1949; rehearing denied December 7, 1949; released for publication December 12, 1949.